SLIP OPINION

Cite as 2015 Ark. 130

# SUPREME COURT OF ARKANSAS

IN RE SUPREME COURT
COMMITTEE ON THE
UNAUTHORIZED
PRACTICE OF LAW

**Opinion Delivered** March 19, 2015

**PER CURIAM**

J.T. Skinner, Esq., of Batesville, First Congressional District, is appointed to the Supreme Court Committee on the Unauthorized Practice of Law for a three-year term to to expire on May 31, 2018. The court thanks Mr. Skinner for accepting appointment to this important committee.

James Streett, Esq., of Russellville, Third Congressional District, and Mr. Randy Hyde of Little Rock (at-large position) are reappointed to the Supreme Court Committee on the Unauthorized Practice of Law for terms to expire on May 31, 2017. The court thanks these members for their continued service.

The court expresses its gratitude to Judge Chris Morledge of Forrest City for his service to the committee.